**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DAVID DEJERINETT,

    Plaintiff,

v.                                          CASE NO. 4:19cv203-RH-HTC

BURCH CAPTAIN,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on October 1, 2019.

                                                  s/Robert L. Hinkle
                                                  United States District Judge